| |
|---|
| **NYCTL 2016 - A Trust v Tiff Holding Corp.** |
| 2025 NY Slip Op 31711(U) |
| May 12, 2025 |
| Supreme Court, Queens County |
| Docket Number: Index No. 711939/17 |
| Judge: Kevin J. Kerrigan |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

Short Form Order

NEW YORK SUPREME COURT - QUEENS COUNTY

Present:  HONORABLE  **KEVIN J. KERRIGAN**      Part **10**
                          Justice
-------------------------------------------X
NYCTL 2016-A Trust and The Bank of New York
Mellon, as collateral agent and custodian      Index
for the NYCTL 2016-A Trust,                     Number:711939/17

                                                Motion
                              Plaintiff,        Date: 5/5/25
         - against -

Tiff Holding Corp., etal.,
                                                Motion Seq. No.: 2
                              Defendants.
-------------------------------------------X

    The following papers numbered E37-E65 & E69-E70 read on this
application by Plaintiff for summary judgment, amendment of the
caption and an order of reference.

                                                      Papers
                                                     Numbered

     Notice of Motion-Affirmation-Exhibits............... E39-57
     Affirmation in Opposition-Exhibits................... E58-65
     Reply................................................ E69-70

    Upon the foregoing papers it is ordered that the motion is
decided as follows:

    Application by Plaintiff for summary judgment, amendment of the
caption and an order of reference is denied without prejudice. This
action has not been released by the Foreclosure Settlement Part.
Indeed, a settlement conference was first held on March 20, 2025 and
a second conference is currently scheduled for May 15, 2025. The
Court acknowledges that a settlement conference is not statutorily
required in order for Plaintiff to proceed with motion practice since
it is a tax lien foreclosure. However, per the memorandum issued by
the then-Administrative Judge, Lawrence K. Marks on September 9,
2021, all tax lien foreclosure must be assigned to the appropriate
foreclosure settlement conference parts in the first instance and the
actions are required to be "actively conferenced." Accordingly, the
Court is within its discretion to deny the motion without prejudice
up and until this action is released from the settlement part.

Dated: May 12, 2025

                                        _____
                                        KEVIN J. KERRIGAN, J.S.C.



FILED
5/13/2025  TA
COUNTY CLERK
QUEENS COUNTY

1 of 1

[* 1]